# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0258

VERSUS

DAYNE AMMAN

**JUNE 6, 2022**

---

In Re:    Dayne Amman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. J2000201290 c/w DC-21-01246.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**

**McClendon, J.,** would not consider the writ application. Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), which require that the writ application include the original signed return date order from the district court.

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

DEPUTY CLERK OF COURT
FOR THE COURT